BRISCOE, Chief Judge,
concurring.
I concur in the result. Our prior ruling in United States v. Herron, 432 F.3d 1127 (10th Cir.2005) squarely addresses the issue presented here and is controlling. In Herron, our court considered only the text of Colo.Rev.Stat. § 18-3-206 and held that it contained the necessary elements to meet the ACCA’s definition of violent felony. We are bound by that ruling and, as a result, it is unnecessary to counter Martinez’s arguments challenging Herron, or to now provide supporting rationale for our holding in Herron. See United States v. Edward J., 224 F.3d 1216, 1220 (10th Cir.2000) (“Under the doctrine of stare decisis, this panel cannot overturn the decision of another panel of this court barring en banc reconsideration, a superseding contrary Supreme Court decision, or authorization of all currently active judges on the court.”) (quotation and citation omitted).